IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICODEMO DIPIETRO,                  :
        Plaintiff               :
        v.                      : Case No. 3:17-cv-101-KRG-KAP
PHILADEPHIA ORGANIZED CRIME         :
OFFICE (FBI), *et al.*,             :
        Defendants              :

Order

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 21, 2020, ECF no. 68, recommending that the remaining defendants' motion for summary judgment, ECF no. 52, be granted.

Plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections on November 3, 2020 at ECF no. 69, which also appeal the Magistrate Judge's denial of plaintiff's motion at ECF no. 64 to have his service costs reimbursed.

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the objections at ECF no. 69 are meritless. The following order is entered:

1

AND NOW, this 13th day of November 2020, it is ORDERED that the defendants' motion for summary judgment, ECF no. 52, is GRANTED. The Report and Recommendation at ECF no. 68 is adopted as the opinion of the Court. The denial of the reimbursement of service costs is affirmed. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Nicodemo DiPietro ET-3095
S.C.I. Frackville
1111 Altamont Blvd.
Frackville, PA 17931